# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TENNESSEE
# EASTERN DIVISION

| | | |
|---|---|---|
| MICHAEL EDWARD ROGERS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| VS. | ) | No. 05-1318-T/An |
| | ) | |
| WILLIE DON, | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER DIRECTING CLERK TO REASSIGN CASE

Plaintiff Michael Edward Rogers, Tennessee Department of Correction prisoner number 126750, an inmate at the West Tennessee State Penitentiary ("WTSP") in Henning, Tennessee, filed a *pro se* complaint pursuant to 42 U.S.C. § 1983 on October 20, 2005. The Court issued an order on November 30, 2005 transferring this case to the Western Division of this district, where venue is proper. Accordingly, the Clerk is ORDERED to reassign this case, which should have been filed in the Western Division, to a Western Division judge.

IT IS SO ORDERED this 22nd day of December, 2005.

CASE REASSIGNED TO JUDGE McCALLA.

James D. Todd
JAMES D. TODD
UNITED STATES DISTRICT JUDGE

This document entered on the docket sheet in compliance with Rule 58 and/or 79 (a) FRCP on 12-30-05

# UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 5 in case 1:05-CV-01318 was distributed by fax, mail, or direct printing on December 30, 2005 to the parties listed.

---

Michael Edward Rogers
W.T.S.P.
126750
P.O. Box 1150
Henning, TN 38041

Honorable Jon McCalla
US DISTRICT COURT